UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE BANKRUPTCY APPEAL |

-----------------------------------------------------X     21-CV-9536 JPC

FROM:  VITO GENNA, CLERK
         UNITED STATES BANKRUPTCY COURT
         SOUTHERN DISTRICT OF NEW YORK

TO:  RUBY J. KRAJICK, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated           BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Beulah Abrams
BANKRUPTCY DOCUMENT #: 9567

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    _X_  FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **June 28, 2022**                Vito Genna, Clerk
       New York, New York              U.S. Bankruptcy Court, SDNY

                                       By:  _s/ Anatin Rouzeau_
                                              Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated  ____June 28____ 20 22                _____
        New York, New York                Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____         Ruby J. Krajick , Clerk
                                                                 District Court, SDNY

                                                           By: _____
                                                               Deputy Clerk